UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                           CASE NO. 8:04-cr-2-T-27MAP

WISSAM HAMMOUD

_____/

## REPORT AND RECOMMENDATION

Defendant seeks to appeal the denial of his motion for reconsideration (doc. 235) and moves for leave to proceed *in forma pauperis* (doc. 243). FRAP 24 and 28 U.S.C. § 1915 provide the applicable standard for review of the motion. Both authorities allow a court to deny a motion to appeal *in forma pauperis* if the court certifies in writing that the motion is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3) and FRAP 24(a)(3). A party fails to act in "good faith" when he raises an issue on appeal that is frivolous; namely, looking at the issue objectively, the movant cannot arguably succeed in his appeal as a matter of law. *Coppedge v. United States*, 369 U.S. 438, 445 (1962); *Sun v. Forrester*, 939 F.2d 924, 925 (11th Cir. 1991). The Court's Order denying the motion for reconsideration plainly outlines the motion's lack of merit. For those reasons and the applicable standard of review, I RECOMMEND the district judge deny the Defendant's motion for leave to appeal *in forma pauperis* (doc. 243) and direct the Clerk per FRAP 24(a)(4)(A)-(B) to notify the parties and the United States Court of Appeals for the Eleventh Circuit that the Court has denied the Defendant's motion and has certified that his appeal is not taken in good faith.

*/s/ Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. § 636(b)(1).