UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                                          Case No. 8:04-CR-2-T-27MAP

WISSAM HAMMOUD
_____/

## ORDER

**BEFORE THE COURT** is Defendant's Motion for Leave to Appeal In Forma Pauperis (Dkt. 243), the Magistrate Judge's Report and Recommendation recommending that the motion be DENIED (Dkt. 244), and Defendant's Objections to the Report and Recommendation (Dkt. 245). After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 244) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant's objections (Dkt. 245) are OVERRULED, and Defendant's Motion for Leave to Appeal In Forma Pauperis (Dkt. 243) is DENIED.

**DONE AND ORDERED** in chambers this 16th day of April, 2013.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Defendant
Counsel of Record