UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                                         Case No. 8:04-CR-2-T-27MAP

**WISSAM TAYSIR HAMMOUD**
_____/

## ORDER

**BEFORE THE COURT** is Defendant's *pro se* Motion to Seal Record (Dkt. 270). "The common-law right of access to judicial proceedings, an essential component of our system of justice, is instrumental in securing the integrity of the process." *Romero v. Drummond Co., Inc.,* 480 F.3d 1234, 1245 (11th Cir. 2007) (quotation omitted). Therefore, there is a presumption that criminal and civil actions should be conducted openly and that judicial records are subject to inspection and copying. *See Chicago Tribune Co. v. Bridgestone/Firestone,* Inc., 263 F.3d 1304, 1311 (11th Cir. 2001). Defendant has failed to provide sufficient justification for this Court to exercise its discretion to withhold judicial records from the public's view. *See id.* Further, the records that Defendant seeks to seal have been in the public record since 2012.

Accordingly, it is **ORDERED** that Defendant's Motion to Seal is **DENIED**.

**DONE AND ORDERED** this 25th day of June, 2019.

*/s/ James D. Whittemore*
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Defendant, *pro se*, Counsel of Record